UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE ZUCKER, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SODASTREAM INTERNATIONAL LTD., STANLEY STERN, DANIEL BIRNBAUM, LAURI HANOVER, DAVID MORRIS, JONATHAN KOLODNY, RICHARD HUNTER, YEHEZKEL OFIR, and TORSTEN KOSTER,<br><br>  Defendants. | Civil Action No. 1:18-cv-05180-LDH-LB |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Lawrence Zucker voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 21, 2018

By: s/ Michael J. Klein
Aaron L. Brody
Michael J. Klein
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone:  (212) 687-7230
Facsimile:  (212) 490-2022
Email:      abrody@ssbny.com
            mklein@ssbny.com

*Attorneys For Plaintiff*